Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  16–23248–CMG
        Chapter:  7
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Isaac B Asafu–Adjaye | Nana A Juantuah |
| 23 Fountain Drive | 23 Fountain Drive |
| Apt 2 | Apt 2 |
| Lakewood, NJ 08701 | Lakewood, NJ 08701 |

Social Security No.:
  xxx–xx–3151                             xxx–xx–3875

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Barry R. Sharer is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 14, 2018</u>          <u>Christine M. Gravelle</u>
                                            Judge, United States Bankruptcy Court